## EUDY v. EUDY

No. 33 PC.

Case below: 24 N.C. App. 516.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1975.

## FOODS, INC. v. SUPER MARKETS

No. 18 PC.

Case below: 24 N.C. App. 447.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1975.

## FRAZIER v. GLASGOW

No. 56 PC.

Case below: 24 N.C. App. 641.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

## HIGHWAY COMM. v. MANUFACTURING CO.

No. 109.

Case below: 24 N.C. App. 478.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 2 April 1975.

## HOMES, INC. v. PEARTREE

No. 30 PC.

Case below: 24 N.C. App. 579.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.